**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

KELLY ROSS,                              )
                                         )
    Plaintiff,                          )
                                         )
v.                                       )    No. 4:26-cv-00474-PLC
                                         )
JOY CAMPANELLI, *et al.*,                )
                                         )
    Defendants.                         )

**<u>MEMORANDUM OPINION</u>**

Plaintiff Kelly Ross filed a single-page Complaint, Doc. [1], and moved for leave to proceed *in forma pauperis*. Doc. [2]. The Complaint alleges only that "Defendants had ex parte communication" and "[t]his case is within federal jurisdiction," and demands damages "to be decided by the Court." Doc. [1]. Plaintiff does not establish or meaningfully attempt to establish this Court's subject-matter jurisdiction. This case is therefore subject to dismissal. *See* Fed. R. Civ. P. 12(h)(3); *see also Carver v. Atwood*, 18 F.4th 494, 497 (5th Cir. 2021) ("*sua sponte* dismissal is mandatory when a court discovers that it lacks subject-matter jurisdiction").

Dismissal also is appropriate for another reason. This Court may screen complaints filed *in forma pauperis* and dismiss any action that is frivolous or malicious, among other grounds. 28 U.S.C. § 1915(e)(2)(B)(i). The Complaint is malicious. A review of publicly available federal court records shows that Plaintiff has filed this same single-page complaint more than thirty-five times in federal district courts across the country.[*] The absence of allegations, combined with

---

[*] *See Ross v. Campanelli*, 3:26-cv-0127 (D. Alaska Mar. 18, 2026); *Ross v. Campanelli*, 2:26-cv-0190 (M.D. Ala. Mar. 17, 2026); *Ross v. Campanelli*, 4:26-cv-0309 (E.D. Ark. Mar. 30, 2026); *Ross v. Campanelli*, 2:26-cv-3007 (C.D. Cal. Mar. 19, 2026); *Ross v. Campanelli*, 2:26-cv-0942 (E.D. Cal. Mar. 17, 2026); *Ross v. Campanelli*, 1:26-cv-1089 (D. Colo. Mar. 17, 2026); *Ross v. Campanelli.*, 5:26-cv-0103 (M.D. Ga. Mar. 19, 2026); *Ross v. Campanelli*, 1:26-cv-0051 (S.D. Ga. Mar. 18, 2026); *Ross v. Campanelli*, 1:26-cv-1117 (C.D. Ill. Mar. 27, 2026); *Ross v. Campanelli*, 1:26-cv-0154 (N.D. Ind. Mar.

Plaintiff's repeated filings of the same complaint in multiple jurisdictions, demonstrates a pattern of vexatious litigation aimed at harassing Defendants rather than an attempt to vindicate a cognizable right. *See Horsey v. Asher*, 741 F.2d 209, 213 (8th Cir. 1984) (noting that a complaint is malicious if it is "plainly part of a longstanding pattern of abusive and repetitious lawsuits"). Plaintiff is advised that such conduct constitutes an abuse of the judicial process and a misuse of judicial resources and may result in the imposition of sanctions.

For these reasons, the Court will enter herewith a separate Order of Dismissal, dismissing this action without prejudice.

Dated this 23rd day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

27, 2026); *Ross v. Campanelli*, 1:26-cv-0625 (S.D. Ind. Mar. 27, 2026); *Ross v. Campanelli*, 2:26-cv-2151 (D. Kan. Mar. 19, 2026); *Ross v. Campanelli*, 1:26-cv-0051 (W.D. Ky. Mar. 30, 2026); *Ross v. Campanelli*, 1:26-cv-11476 (D. Mass. Mar. 27, 2026); *Ross v. Campanelli*, 8:26-cv-1255 (D. Md. Mar. 27, 2026); *Ross v. Campanelli*, 1:26-cv-1048 (W.D. Mich. Mar. 30, 2026); *Ross v. Campanelli*, 4:26-cv-0271 (W.D. Mo. Mar. 30, 2026); *Ross v. Campanelli*, 3:26-cv-0070 (N.D. Miss. Mar. 31, 2026); *Ross v. Campanelli*, 1:26-cv-0281 (M.D.N.C. Mar. 26, 2026); *Ross v. Campanelli*, 3:26-cv-0254 (W.D.N.C. Mar. 27, 2026); *Ross v. Campanelli*, 1:26-cv-0090 (D.N.D. Mar. 31, 2026); *Ross v. Campanelli*, 8:26-cv-0126 (D. Neb. Mar. 27, 2026); *Ross v. Campanelli*, 1:26-cv-0240 (D.N.H. Mar. 30, 2026); *Ross v. Campanelli*, 1:26-cv-0894 (D.N.M. Mar. 19, 2026); *Ross v. Campanelli*, 1:26-cv-0314 (S.D. Ohio Mar. 27, 2026); *Ross v. Campanelli*, 4:26-cv-0152 (N.D. Okla. Mar. 17, 2026); *Ross v. Campanelli*, 5:26-cv-00553 (W.D. Okla. Mar. 19, 2026); *Ross v. Campanelli*, 1:26-cv-0186 (D.R.I. Mar. 31, 2026); *Ross v. Campanelli*, 6:26-cv-1401 (D.S.C. Apr. 2, 2026); *Ross v. Campanelli*, 2:26-cv-0062 (E.D. Tenn. Mar. 27, 2026); *Ross v. Campanelli*, 3:26-cv-0378 (M.D. Tenn. Mar. 31, 2026); *Ross v. Campanelli*, 1:26-cv-0105 (E.D. Tex. Mar. 26, 2026); *Ross v. Campanelli*, 1:26-cv-0137 (N.D. Tex. Mar. 26, 2026); *Ross v. Campanelli*, 2:26-cv-0129 (E.D. Wash. Mar. 19, 2026); *Ross v. Campanelli*, 2:26-cv-0988 (W.D. Wash. Mar. 19, 2026); *Ross v. Campanelli*, 3:26-cv-0272 (W.D. Wis. Mar. 30, 2026); *Ross v. Campanelli*, 2:26-cv-0232 (S.D. W. Va. Mar. 30, 2026).